FILED IN
COURT OF CRIMINAL APPEALS

March 6, 2015

ABEL ACOSTA, CLERK

PD-1595-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/6/2015 12:54:22 PM
Accepted 3/6/2015 1:27:30 PM
ABEL ACOSTA
CLERK



# PAUL JOHNSON
## CRIMINAL DISTRICT ATTORNEY

DENTON COUNTY COURTS BUILDING, 3RD FLOOR
1450 E. McKINNEY, Suite 3100
P. O. BOX 2344
DENTON, TEXAS 76202

MAIN NUMBER 940-349-2600
MAIN FAX 940-349-2601
www.dentoncounty.com

HOT CHECKS 940-349-2700

March 6, 2015

Abel Acosta
Court of Criminal Appeals of Texas
201 West 14th Street
P.O. Box 12308
Austin, Texas 78711

      RE:    Letter of Unavailability for:
              PD-1595-14 – *State v. Roger Liverman*
              PD-1596-14 – *State v. Aaron Liverman*

Dear Ms. Acosta:

I am writing to inform the Court that I will be unavailable the following dates:

    April 16-17, 2015 – CLE, Animal Law Section yearly conference
    May 4, 2015 – CLE, Advanced Legal Writing and Editing
    May 27-29 – CLE, Conference on Criminal Appeals
    June 19-25, 2013 – vacation

I respectfully request that oral argument in any of the cases to which I am counsel be scheduled either before or after these dates.

                      Sincerely,

                      LARA TOMLIN
                      Assistant Criminal District Attorney